



**Lucy E. Hill**
Shareholder

lucy.hill@dentons.com
D  412-297-4719

& Grigsby P.C.
enue, 5th Floor
PA 15222-3152
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/21

October 5, 2021

**Via ECF**

The Honorable Judge Alison J. Nathan
Southern District of New York
40 Foley Square
New York, NY  10007

  Re: <u>Sanchez v. Sugarwish, Inc., Case No. 1:21-cv-04594</u>

Dear Judge Nathan:

  We represent defendant Sugarwish, Inc. ("Defendant") in the above-referenced matter.  ==Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45 days), from October 5, 2021 to November 19, 2021.==  SO ORDERED.
  This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Sincerely,

D<small>ENTONS</small> C<small>OHEN</small> & G<small>RIGSBY</small> P.C.

*/s/ Lucy E. Hill*

By:  Lucy E. Hill

[Signature: Alison J. Nathan]
10/5/21
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

3785893.v1

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► Larraín Rencoret ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.